UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-cv-22962

CARLYLE AVIATION PARTNERS, LLC,
a Florida LLC,
CARLYLE AVIATION PARTNERS, LTD.,
a Bermuda company,
CARLYLE AVIATION MANAGEMENT LIMITED,
a Bermuda company,
SASOF IV (E) AVIATION IRELAND DAC,
an Ireland company,
SASOF III (A10) AVIATION IRELAND DAC,
an Ireland company,
LAPIS AIRCRAFT LEASING LIMITED, LTD.,
an Ireland company,
SASOF III (A21) AVIATION IRELAND DAC,
an Ireland company, AND
FLY AIRCRAFT HOLDINGS THIRTY ONE LIMITED, LTD.,
an Ireland company,

     Plaintiffs,
v.

BEST MERIDIAN INSURANCE COMPANY,
a Florida corporation,
BMI FINANCIAL GROUP, INC.,
a Florida corporation, and
BEST MERIDIAN INTERNATIONAL
INSURANCE COMPANY SPC,
a Cayman Islands company,

     Defendants.
_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED
PARTIES AND CORPORATE DISCLOSURE STATEMENT**

     Plaintiffs, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby file this Certificate of Interested Parties and Corporate Disclosure Statement. Plaintiffs state the following

lists the attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case:

    1.    A complete list of all persons, associated persons, firms, partnerships, and/or corporations that have or may have a financial interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

    a. Plaintiff, Carlyle Aviation Partners, LLC.

    b. Plaintiff, Carlyle Aviation Partners, LTD.

    c. Plaintiff, Carlyle Aviation Management Limited.

    d. Plaintiff, SASOF IV (E) Aviation Ireland DAC.

    e. Plaintiff, SASOF III (A10) Aviation Ireland DAC.

    f. Plaintiff, Lapis Aircraft Leasing Limited, LTD.

    g. Plaintiff, SASOF III (A21) Aviation Ireland DAC.

    h. Plaintiff, Fly Aircraft Holdings Thirty One Limited, LTD.

    i. Podhurst Orseck, P.A., law firm representing Plaintiffs.

    j. Steven C. Marks, Esq., Plaintiffs' counsel.

    k. Pablo Rojas, Esq., Plaintiffs' counsel.

    l. Defendant, Best Meridian Insurance Company.

    m. Defendant, BMI Financial Group, Inc.

    n. Defendant, Best Meridian International Insurance Company, SPC.

    o. Sanchez-Medina, Gonzalez, Quesada, et al. LLP, law firm representing Defendants.

    p. Emilia A. Quesada, Defendants' counsel.

q. Pablo Quesada, Defendants' counsel.

r. Elizabeth Graddy, Defendants' counsel.

## CORPORATE DISCLOSURE

There is no parent corporation and no publicly held corporation owns 10% or more of the stock for Plaintiffs Carlyle Aviation Partners Ltd., Carlyle Aviation Partners LLC, Carlyle Aviation Management Limited, SASOF IV (E) Aviation Ireland DAC, SASOF III (A10) Aviation Ireland DAC, Lapis Aircraft Leasing Limited, Ltd., SASOF III (A21) Aviation Ireland DAC, and Fly Aircraft Holdings Thirty One Limited, Ltd.

DATED: September 1, 2023

Respectfully submitted,

/s/ *Steven C. Marks*
PODHURST, ORSECK, P.A.
SunTrust International Center, Suite 2300
One S.E. Third Avenue
Miami, Florida 33131
(305) 358-2800 / Fax (305) 358-2382
Steven C. Marks, Esq. (FBN 516414)
smarks@podhurst.com
Pablo Rojas, Esq. (FBN 1022427)
projas@podhurst.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served on all counsel of record via CM/ECF on September 1, 2023.

PODHURST, ORSECK, P.A.

/s/ *Steven C. Marks*